DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| L. PETER OLCESE, *et al.*, ) | |
| ) | CASE NO. 5:11 CV 884 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| JOHN D. ROHAL, *et* al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry,

It is ordered that this action is dismissed.


IT IS SO ORDERED.


| May 25, 2011 | *s/ David D. Dowd, Jr.* |
|---|---|
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |